```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**DUDLEY PONTIFF**                                   CIVIL ACTION

**VERSUS**                                           **No. 09-2793**

**STRATEGIC RESTAURANTS**                            SECTION "B"(1)
**ACQUISITION COMPANY, L.L.C.,**
**D/B/A BURGER KING STORE**

## ORDER & REASONS

Defendant's Motion For Summary Judgment (Rec. Doc. No. 7) is **DENIED WITHOUT PREJUDICE TO REURGE**. While Plaintiff himself is the sole witness in support of his allegation that the premises were defective, Plaintiff's factual representation that he tripped on a piece of protruding concrete on Defendant's handicap ramp minimally establishes a material disputed fact precluding summary disposition.

New Orleans, Louisiana, this 19th day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE